IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BALDWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-0801-CV-W-HFS |
| ) | |
| HARLEY-DAVIDSON MOTOR ) | |
| COMPANY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM TO THE PARTIES**

Plaintiff, proceeding pro se, has recently filed some documents regarding the status of and deadlines for his responses to defendant's discovery requests. Docs. 22, 24, 25. He indicates that he would like more time to complete certain responses. He also states that he is waiting to "hear from the courts" before responding to certain interrogatories he has refused to answer. Extensions of time on discovery responses can be negotiated and agreed to by the parties, without the court's permission. If an agreement cannot be reached, a party may file a motion for extension of time. Plaintiff and defendant's counsel should work together and do their best to resolve issues relating to discovery. If the parties confer and issues persist, as a last resort, the parties may contact the court and request a discovery dispute telephone conference, pursuant to Local Rule 37.1.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July  8 , 2009

Kansas City, Missouri